UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                                          CASE NO.: 17-03837-JAF
                                                                                                       CHAPTER 13
Gregory Wayne Bostic,

  Debtor.

_____/

## RESPONSE TO DEBTOR'S MOTION TO REINSTATE THE AUTOMATIC STAY

**COMES NOW**, DITECH FINANCIAL LLC ("Secured Creditor"), by and through undersigned counsel, hereby files its Response to Debtor's Motion to Reinstate the Automatic Stay, and, in support thereof, states as follows:

1. Secured Creditor holds a mortgage on the property located at 1528 Guava Lane, Bunnell, Florida  32110 via a Mortgage dated November 29, 2001 in the amount of $47,500.00 and recorded on December 17, 2001 in Book 788, Page 283 in the Public Records of Flagler County, Florida.

2. On or about May 31, 2016, Debtor filed his second Chapter 13 case, Case Number 16-02026 which was dismissed on September 19, 2016 for failure to pay filing fees.

3. On or about March 14, 2017, Debtor filed his third Chapter 13 petition, Case Number 17-00818 which was dismissed on November 1, 2017 for failure to file information

4. The current bankruptcy filing is Debtor's fourth bankruptcy filing.

5. According to 11 U.S.C. Section 362(c)(3) the automatic stay cannot be extended because the debtor has filed one bankruptcy within the last 12-months and two bankruptcies within the last two (2) years.

6. A party seeking to extend the automatic stay pursuant to 11 USC 362(c)(3)(B) must show that the instant bankruptcy filing is made in good faith before the automatic stay will be extended. A rebuttable presumption of abuse arises when a debtor has a previous case dismissed in the past year for the debtor's failure to "file… the petition or other documents as required." 11 USC §362(c)(3)(C)(i)(II)(aa). Additionally, the presumption arises when "there has not been a substantial change in the financial or personal affairs of the debtor since the dismissal of the next most previous case." 11 USC §362(c)(3)(C)(i)(II).

7. A debtor files a petition for bankruptcy in bad faith where the purpose of the filing is to avoid one creditor and not to alleviate financial distress. *In re Sammons*, 210 B.R. 197, 199 (Bankr. N.D. Fla. 1997) In addition, a debtor's petition is filed in bad faith where the debtor has only one asset, a few unsecured creditors, a few employees, a pending foreclosure action, and the time of the bankruptcy filing evidences an intent to delay or frustrate the efforts of the debtor's secured creditor. *In re Canbec Inves. Corp.*, 349 B.R. 915, 918 (Bankr. M.D. Fla. 2006) Furthermore, the filing of a bankruptcy petition merely to prevent foreclosure, without the ability or intention to reorganize, is an abuse of the Bankruptcy Code. *Weiszhaar Farms Inc., v. Livestock State Bank*, 113 B.R. 1017, 1020 (Bankr. S.D. Fla. 1990)

8. Extending the automatic stay under these circumstances is contrary to the relief provided in the Bankruptcy Code. The facts of this case lead to the presumption of the Debtor's abuse.

9. Secured Creditor reserves the right to amend and or supplement this response prior to the hearing.

**WHEREFORE,** Secured Creditor respectfully requests this Court deny Debtors Motion to Extend Automatic Stay as to Secured Creditor, and for any other relief as this Court deems just.

> Robertson, Anschutz & Schneid, P.L.
> Authorized Agent for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-997-6909
> By: /s/Bouavone Amphone
> Bouavone Amphone, Esquire
> Email: bamphone@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 22, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT H. ZIPPERER
224 SOUTH BEACH STREET, SUITE 202
DAYTONA BEACH, FL  32114

GREGORY WAYNE BOSTIC
1528 GUAVA LANE
BUNNELL, FL  32110

DOUGLAS W. NEWAY
P O BOX 4308
JACKSONVILLE, FL  32201

UNITED STATES TRUSTEE - JAX 13/7, 7
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL  32801