**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:  CASE NO.: 17-03837-JAF
CHAPTER 13

Gregory Wayne Bostic,

    Debtor.
_____/

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

    DITECH FINANCIAL LLC ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #6), and states as follows:

1. Debtor, Gregory Wayne Bostic ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 31, 2017.

2. Secured Creditor holds a security interest in the Debtor's real property located at 1528 GUAVA LANE, BUNNELL, FL 32110, by virtue of a Mortgage recorded on December 17, 2001 in Book 788, at Page 283 of the Public Records of Flagler County, FL. Said Mortgage secures a Note in the amount of $47,500.00.

3. The Debtor filed a Chapter 13 Plan on November 1, 2017.

4. Secured Creditor filed a Proof of Claim in this case on December 4, 2017, Claim No. 4.

5. Debtor's Plan fails to state the total arrearage amount owed. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate and do not conform to Secured Creditor's timely-filed Proof of Claim. The correct pre-petition arrearage due Secured Creditor is $7,477.71. Therefore, the Plan is not in

compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $7,477.71 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz & Schneid, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/Justin Plean
Justin Plean, Esquire
FL Bar Number 113887
Email: jplean@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 26, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT H. ZIPPERER
224 SOUTH BEACH STREET, SUITE 202
DAYTONA BEACH, FL  32114

GREGORY WAYNE BOSTIC
1528 GUAVA LANE
BUNNELL, FL  32110

DOUGLAS W. NEWAY
P O BOX 4308
JACKSONVILLE, FL  32201

UNITED STATES TRUSTEE - JAX 13/7, 7
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL  32801

Robertson, Anschutz & Schneid, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/Justin Plean
Justin Plean, Esquire
FL Bar Number 113887
Email: jplean@rasflaw.com